**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LETITIA WAHLBERG, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> NV ENERGY, a public utility. <br><br> Defendants. | CASE NO.: 2:19-cv-01494-MN-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> (First Request) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Letitia Wahlberg may have additional time within which to submit Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

1. Under the Federal Rules of Civil Procedure, Plaintiff's Opposition would be due October 2, 2019. See Fed. R. Civ. P. 12(a)(4)(A).

2. On September 25, 2019, Marta D. Kurshumova, counsel for Plaintiff, conferred with Roger Grandgenett, counsel for Defendant, regarding the timing of Plaintiff's Opposition. Counsel for Defendant consented to Plaintiff's request to enlarge the time for filing the reply by seven (7) days, which would make the new deadline Wednesday, October 9, 2019. Counsel for both Parties further agreed that Defendant shall have a one-week extension to file a Reply to October 23, 2019.

3. Good cause exists for this extension as Ms. Kurshumova is new to the case and needs more time to review the file.

4. The extension will not result in undue delay in the administration of this cause.

5. No other enlargement of time has been previously requested in this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

## **ORDER**

**IT IS SO ORDERED:**

Dated this  30   day of September, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Dated: September 27, 2019 | | LITTLER MENDELSON, P.C. |

By: *Roger Grandgenett*
ROGER L. GRANDGENETT II, ESQ. (Bar No. 6323
3960 Howard Hughes Parkway Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Facsimile: 702.862.8811
Email: rgrandgenett@litler.com
*Attorney for Defendant*

Dated: September 27, 2019    HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Marta Kurshumova*
JENNY L. FOLEY (Bar No. 9017)
MARTA D. KURSHUMOVA (Bar No. 14728)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 625-3893
Facsimile: (702) 625-3895
Email: jfoley@hkm.com
Email: mkurshumova@hkm.com
*Attorneys for Plaintiff*