1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811
   Email:        rgrandgenett@litler.com
5

6  KARYN M. TAYLOR, ESQ., Bar # 6142
   NV ENERGY
7  6100 Neil Road
   Reno, NV 89511
8  Telephone:  775-834-5781
   Fax:        775-834-3357
9  Email:      ktaylor@nvenergy.com

10
   Attorneys for Defendant
11 NV ENERGY

12
                   UNITED STATES DISTRICT COURT
13
                        DISTRICT OF NEVADA
14

15
   LETITIA WAHLBERG, an Individual,
16                                          Case No. 2:19-cv-01494-GMN-BNW
              Plaintiff,
17                                          **STIPULATION AND ORDER FOR
   vs.                                      DISMISSAL WITH PREJUDICE**
18
   NV ENERGY, a public utility,
19
              Defendant.
20

21      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LETITIA

22 WAHLBERG, by and through her attorneys of record, JENNY L. FOLEY, Ph.D., ESQ., and MARTA

23 D. KURSHUMOVA, ESQ., of HKM EMPLOYMENT ATTORNEYS, LLP, and Defendant

24 NEVADA POWER COMPANY d/b/a NV ENERGY, by and through its attorneys of record,

25 PATRICK H. HICKS, ESQ. and ROGER L. GRANDGENETT, ESQ. of LITTLER MENDELSON

26 and KARYN M. TAYLOR, ESQ. of NV ENERGY, that the above captioned matter be dismissed in

27 its entirety WITH PREJUDICE, with each of the parties to bear their own fees and costs.

28

LITTLER MENDELSON, P.C.
     Attorneys At Law
3960 Howard Hughes Parkway
       Suite 300
Las Vegas, NV  89169-5937
     702.862.8800

A trial date is not currently set in this matter.

Dated: January 27, 2020 Dated: January 27, 2020

*/s/ Roger L. Grandgenett, Esq.* */s/ Marta D. Kurshumova, Esq.*
PATRICK H. HICKS, ESQ. JENNY L. FOLEY, Ph.D., ESQ.
ROGER L. GRANDGENETT II, ESQ. MARTA D. KURSHUMOVA, ESQ.
LITTLER MENDELSON, P.C. HKM EMPLOYMENT ATTORNEYS, LLP

KARYN TAYLOR, ESQ.
NV ENERGY

Attorneys for Plaintiff
LETITIA WAHLBERG

Attorneys for Defendant
NEVADA POWER COMPANY D/B/A
NV ENERGY

## **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES HERETO, through their respective counsel of record, it is hereby,

**ORDERED, ADJUDGED and DECREED**, that the above captioned matter, is DISMISSED WITH PREJUDICE with each of the parties to bear their own costs and fees incurred herein.

DATED this  29  day of January, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4843-0494-1490.1 058921.1078

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800